NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

06-5109

EDWARD T. ARAKAKI,
and HELEN ARAKAKI

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

R. Patrick Jaress, Jaress & Leong, of Honolulu, Hawaii, argued for plaintiffs-appellants.

Steven M. Mager, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee.  With him on the brief were Peter D. Keisler, Assistant Attorney General; Jeanne E. Davidson, Director; and Kathryn A. Bleecker, Assistant  Director.

Appealed from:  United States Court of Federal Claims

Judge Emily C. Hewitt

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

06-5109

EDWARD T. ARAKAKI,
and HELEN ARAKAKI,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

ON APPEAL from the        UNITED STATES COURT OF FEDERAL CLAIMS

in CASE NO(S).        03-CV-1874

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, LINN, and MOORE, <u>Circuit Judges</u>).

AFFIRMED.  <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>July 17, 2007</u>        <u>/s/ Jan Horbaly</u>
                    Jan Horbaly, Clerk